CO-386-online
10/03

# United States District Court
# For the District of Columbia



**FILED**

AUG 2 2 2008

Clerk, U.S. District and Bankruptcy Courts

Corporation Service Co.           )
                                  )
                                  )
                                  )
         vs      Plaintiff        )    Civil A(
                                  )
FairWinds Partners, LLC           )    Case: 1:08-cv-01465
                                  )    Assigned To : Friedman, Paul L.
                                  )    Assign. Date : 8/22/2008
         Defendant                )    Description: General Civil

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Corporation Service Co.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Corporation Service Co.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Deborah Baum_
Signature

D.C. Bar No. 393019
BAR IDENTIFICATION NO.

Deborah Baum - Pillsbury Winthrop Shaw Pittman LLP
Print Name

2300 N Street NW
Address

Washington      DC          20037
City            State       Zip Code

202.663.8000
Phone Number